AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| MOLLIE WHITE | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.  2:20-cv-10292-MFL-MJH |
| SMS FINANCIAL, LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MOLLIE WHITE                                     .

Date:  02/05/2020

s:/ James C. Vlahakis
*Attorney's signature*

James C. Vlahakis #6230459
*Printed name and bar number*

2500 S. Highland Ave., Ste. 200, Lombard, IL 60148
*Address*

jvlahakis@sulaimanlaw.com
*E-mail address*

(630) 575-8181
*Telephone number*

(630) 575-8188
*FAX number*