UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MOLLIE WHITE,

       Plaintiff,                                     Case No. 20-cv-10292
                                                              Hon. Matthew F. Leitman

v.

SMS FINANCIAL, LLC,

       Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                                         s/Matthew F. Leitman
                                                         MATTHEW F. LEITMAN
                                                         UNITED STATES DISTRICT JUDGE

Dated: April 30, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 30, 2020, by electronic means and/or ordinary mail.

                                                          s/Holly A. Monda
                                                         Case Manager
                                                         (810) 341-9764